WAYNE DAMRON v. EDNA FERBER.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WAYNE DAMRON v. DOUBLEDAY, DORAN BOOK SHOPS, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

INTERNATIONAL UNION BANK v. EAGLE INDEMNITY COMPANY and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PROPERTY REALIZATION CORPORATION v. MARY A. HALLINAN.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

LOUIS NIRENBERG and Another, as Copartners, etc., v. BENJAMIN ROBINSON, Trading as PORT MORRIS MILLS.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GEORGE EISENBERG v. AFNER REASENBERG.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MOE SEGAL v. CHARLES GOLD.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MOE SEGAL v. CHARLES GOLD.— Motion denied and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY for an Order of Certiorari Directed to JOHN F. GILCHRIST and Others, Commissioners, Constituting the Transit Commission of the State of New York, in the Matter of Two Switch Tracks of the Petitioner Proposed to Cross Eastchester Road in the Borough of The Bronx, City of New York.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CSUL IOAN v. LAND VALUE REFUNDING Co., INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BEATRICE P. TRENKMAN v. CLAIRE SMITH, Impleaded with ISAAC T. FLATTO.— Motion denied, with ten dollars costs. The omission to award costs to the plaintiff on the appeal was intentional. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

BEATRICE P. TRENKMAN v. CLAIR SMITH, Impleaded with ISAAC T. FLATTO.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JOSEPH L. GRAF v. HOPE BUILDING CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of Proving the Last Will and Testament of MABEL POTTER DAGGETT, Deceased. JOHN D. DAGGETT v. CHATHAM-PHENIX NATIONAL BANK AND TRUST COMPANY.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JOHN J. CAHN v. RUTH CAHN.— Motion denied, with ten dollars costs. Present — Finch, Merrell, Martin, O'Malley and Proskauer, JJ.

THE TECLA CORPORATION and Another v. SALON TECLA, LTD.— Motion denied, with ten dollars costs, and the stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.